## (December 13, 1961)

DANDY MATTRESS CORPORATION, Appellant, v. NEWS SYNDICATE CO., INC., Defendant, and MASTERS, INC., et al., Respondents.—Motion by respondent Chesterfield Spring Products Co., Inc., to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 29, 1962; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on

or before January 10, 1962. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.